THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM C. BROWNELL, Respondent, *v.* THE BOARD OF ASSESSORS OF THE CITY OF BUFFALO, Appellant.

(Submitted December 7, 1908; decided December 18, 1908.)

Motion for re-argument denied, without costs. (See 193 N. Y. 248.)